W. A. GREEN V. THE STATE.

No. 9952.   Delivered February 17, 1926.

**Practicing Medicine Unlawfully—Appeal Dismissed.**

Appellant having filed his affidavit advising this court that he no longer desires to prosecute his appeal but desires to withdraw same, the appeal is dismissed.

Appeal from the County Court of Collin County. Tried below before the Hon. A. M. Walford, Judge.

Appeal from a conviction for unlawfully practicing medicine, penalty a fine of $100.00 and five days in the county jail.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant was convicted for unlawfully practicing medicine, his punishment being assessed at a fine of $100.00 and five days' imprisonment in the county jail. He has filed his affidavit advising this court that he no longer desires to prosecute the appeal but desires to withdraw same.

Complying with said request the appeal is ordered dismissed.

*Dismissed.*